| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 3 | San Francisco, CA  94111-4131 |
| | Telephone:  415.344.7000 |
| 4 | Facsimile:  415.344.7050 |
| 5 | SUSAN FAHRINGER, Bar No.162978 |
| | SFahringer@perkinscoie.com |
| 6 | CHARLES C. SIPOS  (*Pro Hac Vice pending*) |
| | CSipos@perkinscoie.com |
| 7 | BREENA M. ROOS (*Pro Hac Vice pending*) |
| | BRoos@perkinscoie.com |
| 8 | PERKINS COIE LLP |
| | 1201 Third Avenue, 40th Floor |
| 9 | Seattle, WA  98101-3099 |
| | Telephone:  206-359-8000 |
| 10 | Facsimile:  206-359-9000 |
| 11 | Attorneys for Defendant General Mills, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL ROJAS, as an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>Defendant. | Case No. C12-5099 SBA<br><br>**ORDER REGARDING JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties dated December 7, 2012, and good cause appearing, the Court hereby orders as follows:

1. Defendant General Mills, Inc. ("General Mills") shall answer or otherwise respond to Plaintiffs' Class Action Complaint ("Complaint") no later than January 25, 2013.

2. To the extent that General Mills responds to Plaintiff's Complaint via motion to

dismiss, Plaintiff's opposition to such motion shall be filed no later than February 22, 2013.

3. Any reply in support of the motion shall be filed by General Mills on March 8, 2013.

4. The initial Case Management Conference currently set for January 9, 2013 (Dkt. No. 7) is CONTINUED to **March 28, 2013 at 3:00.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

**IT IS SO ORDERED.**

DATED: __12/10/12

_Saundra B. Armstrong_
Hon. Saundra B. Armstrong
United States District Judge