1 | David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
2 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3 | San Francisco, CA 94111-4131
Telephone: 415.344.7000
4 | Facsimile: 415.344.7050

5 | SUSAN FAHRINGER, Bar No.162978
SFahringer@perkinscoie.com
6 | CHARLES C. SIPOS (*Pro Hac Vice pending*)
CSipos@perkinscoie.com
7 | BREENA M. ROOS (*Pro Hac Vice pending*)
BRoos@perkinscoie.com
8 | PERKINS COIE LLP
1201 Third Avenue, 40th Floor
9 | Seattle, WA 98101-3099
Telephone: 206-359-8000
10 | Facsimile: 206-359-9000

11 | Attorneys for Defendant General Mills, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| GABRIEL ROJAS, as an individual, and on behalf of others similarly situated, | Case No. C12-5099 SBA |
|---|---|
| Plaintiff, | **ORDER REGARDING JOINT PROPOSED BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| GENERAL MILLS, INC., | |
| Defendant. | |

**ORDER**

Pursuant to the stipulation of the parties dated February 15, 2013, and good cause appearing, the Court hereby orders as follows:

1. Defendant General Mills, Inc. ("General Mills") shall answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint ("FAC") no later than March 11, 2013.

2. To the extent that General Mills responds to Plaintiff's Complaint via motion to

1 dismiss, Plaintiff's opposition to such motion shall be filed no later than April 8, 2013.

3. Any reply in support of the motion shall be filed by General Mills on April 22, 2013.

4. General Mills shall withdraw its Motion to Dismiss the Class Action Complaint, without prejudice, no later than February 22, 2013.

5. The initial Case Management Conference currently scheduled for March 28, 2013 shall be scheduled for a date occurring after the Court rules on any motion to dismiss filed by General Mills.

**IT IS SO ORDERED.**

DATED: ___2/19/13

Hon. Saundra B. Armstrong
United States District Judge