# EXHIBIT 1

Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Oats 'n Honey



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Peanut Butter



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Roasted Almond



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Apple Crisp



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Cinnamon



Packaging for "100%  Natural" Nature Valley Crunchy Granola Bars: Maple Brown Sugar



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Pecan Crunch



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Oats n' Dark Chocolate



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars:
Dark Chocolate Peanut Butter



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Almond



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Peanut



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars: Cashew



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars:
Roasted Mixed Nut



Packaging for "100% Natural" Nature Valley Sweet & Salty Nut Granola Bars:
Dark Chocolate, Peanut & Almond



Packaging for "100% Natural" Nature Valley Protein Chewy Bars:
Peanut Butter Dark Chocolate



Packaging for "100% Natural" Nature Valley Protein Chewy Bars:
Peanut, Almond & Dark Chocolate



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares: Dark Chocolate



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares: Peanut Butter



Packaging for "100% Natural" Nature Valley Granola Thins Crispy Squares:
Dark Chocolate Peanut Butter



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Fruit & Nut



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Cranberry & Pomegranate



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars: Dark Chocolate & Nut



Packaging for "100%  Natural" Nature Valley Chewy Trail Mix Bars: Mixed Berry



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars: Vanilla



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars: Strawberry



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars Variety Pack: Cinnamon, Oats n' Honey, and Peanut Butter



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars Variety Packs:
Dark Chocolate & Nut and Fruit & Nut



Packaging for "100% Natural" Nature Valley Chewy Trail Mix Bars Variety Pack:
Apple Cinnamon, Fruit & Nut, and Mixed Berry



Packaging for "100% Natural" Nature Valley Chewy Yogurt Granola Bars Variety Pack:
Strawberry and Vanilla



Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Oats 'n Honey







**NATURE VALLEY**
100% NATURAL

Where do you **take** your bar?

Maybe it's when you're out walking a local trail with a friend, or on last summer's great rafting trip with family.

Visit us on facebook or twitter to share your stories, and while you're at it keep sharing those bars.

We'll bake more ☺

Share your story on our Facebook page or tweet us!

on our favorite rafting trip
Mike – NY

a perfect snack out on the hiking trail
Sara – ID

Love to take them on camping trips with my friends
Carl – OK

TO CLOSE INSERT TAB HERE

100% Recycled Paperboard™

Packaging for "100% Natural" Nature Valley Crunchy Granola Bars: Dark Chocolate Peanut Butter





