PERKINS COIE LLP
CHARLES C. SIPOS  (*Pro Hac Vice*)
CSipos@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000

Attorneys for Defendant General Mills, Inc.

REESE RICHMAN LLP
Michael R. Reese (Cal. State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, NY  10001
Telephone:  212-643-0500
Facsimile:  212-253-4272

Co-Counsel for Plaintiffs Janney, McKendrick,
  Bohac and Rojas

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>GENERAL MILLS and DOES 1-20,<br><br>               Defendants. | Case No. 3:12-cv-3919 WHO<br><br>**ORDER REGARDING STIPULATION OF JOINT PROPOSED BRIEFING SCHEDULE** |
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>GENERAL MILLS, INC.,<br><br>               Defendant. | Case No. 3:12-cv-05280-WHO |

| | |
|---|---|
| GABRIEL ROJAS, as an individual, and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>Defendant. | Case No. 3:12-cv-05099-WHO |

### ORDER

Pursuant to the stipulation of the parties dated November 20, 2013, and good cause appearing, the Court hereby orders as follows:

1. On or before December 13, 2013, General Mills will answer or otherwise respond to the amended complaints in the *Bohac* (Case No. 12-cv-5280) and *Rojas* (Case No. 12-cv-5099) actions.

2. In the event that General Mills files a Motion to Dismiss, Plaintiffs will file their opposition by January 14, 2014.

3. Any reply in support of the motion shall be filed by General Mills no later than 14 days after Plaintiffs' opposition is filed.

**IT IS SO ORDERED**.

Dated: November 20, 2013

_____
Hon. William H. Orrick
United States District Judge

14577-0081/LEGAL28518851.1 -2- ORDER REGARDING STIPULATION OF JOINT PROPOSED BRIEFING SCHEDULE
[3:12-cv-3919 WHO]