Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDITH JANNEY and AMY MCKENDRICK,
SEAN BOHAC,
GABRIEL ROJAS,

               Plaintiff(s),

v.

GENERAL MILLS, INC.

               Defendant(s).

Case No: 3:12-cv-3919 WHO (consolidated cases)
3:12-cv-05280-WHO
3:12-cv-05099-WHO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Julia E. Markley, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: General Mills, Inc. in the above-entitled action. My local co-counsel in this case is David T. Biderman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP<br>1120 N.W. Couch Street, Floor 10<br>Portland, OR 97209-4128 | Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111-4131 |
| MY TELEPHONE # OF RECORD:<br>(503) 727-2000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>JMarkley@perkinscoie.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>DBiderman@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 000791.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/19/13

                                      Julia E. Markley
                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Julia E. Markley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2013

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

[GRANTED — Judge William H. Orrick]

*PRO HAC VICE* APPLICATION & ORDER                                *October 2012*