1 | David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
2 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3 | San Francisco, CA  94111-4131
Telephone:  415.344.7000
4 | Facsimile:  415.344.7050

5 | PERKINS COIE LLP
CHARLES C. SIPOS  (*Pro Hac Vice*)
6 | CSipos@perkinscoie.com
1201 Third Avenue, Suite 4900
7 | Seattle, WA  98101-3099
Telephone:  206-359-8000
8 | Facsimile:  206-359-9000

9 | Attorneys for Defendant General Mills, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated, | Case No. 3:12-cv-3919 WHO |
|---|---|
| Plaintiffs, | **ORDER REGARDING MODIFICATION TO JOINT PROPOSED BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| GENERAL MILLS and DOES 1-20, | |
| Defendants. | |
| SEAN BOHAC, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-05280-WHO |
| Plaintiff, | |
| v. | |
| GENERAL MILLS, INC., | |
| Defendant. | |

14577-0081/LEGAL29123001.1

-1-

ORDER REGARDING MODIFICATION TO
JOINT PROPOSED BRIEFING SCHEDULE AND
HEARING DATE
[3:12-cv-3919 WHO]

| | |
|---|---|
| GABRIEL ROJAS, as an individual, and on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GENERAL MILLS, INC.,<br><br>        Defendant. | Case No. 3:12-cv-05099-WHO |

## **ORDER**

Pursuant to the stipulation of the parties dated January 23, 2014, and good cause appearing, the Court hereby orders as follows:

1. On or before February 12, 2014, General Mills will file its Reply in Support of its Rule 12(b)(6) Motion to Dismiss and Rule 12(c) Motion for Judgment on the Pleadings (the "Motions").

2. The hearing date on the Motions, currently set for February 12, 2014, will be rescheduled to March 19, 2014, at 2 p.m.

3. The case management conference currently scheduled for March 4, 2012, will be rescheduled to March 19, 2014, to allow hearing on the Motions and the case management conference to proceed on the same day.

**IT IS SO ORDERED**.

Dated: January 28, 2014

_____
Hon. William H. Orrick
United States District Judge