1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Julia E. Markley (*Pro Hac Vice*)
   JMarkley@perkinscoie.com
6  Charles C. Sipos (*Pro Hac Vice*)
   CSipos@perkinscoie.com
7  Breena M. Roos (*Pro Hac Vice*)
   BRoos@perkinscoie.com
8  PERKINS COIE LLP
   1201 Third Avenue, 40th Floor
9  Seattle, WA 98101-3099
   Telephone: 206-359-8000
10 Facsimile: 206-359-9000

11 Attorneys for Defendant General Mills, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH JANNEY and AMY MCKENDRICK, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL MILLS and DOES 1-20,<br><br>    Defendants. | Case No. 3:12-cv-3919 WHO<br><br>**AMENDED CASE MANAGEMENT ORDER**<br><br>Fed. Rule Civ. P. 16(b)(4) |
| SEAN BOHAC, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL MILLS, INC.,<br>Defendant. | Case No. 3:12-cv-05280-WHO |
| GABRIEL ROJAS, as an individual, and on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GENERAL MILLS, INC.,<br>Defendant. | Case No. 3:12-cv-05099-WHO |

This Court, having considered the parties' Stipulation to Amend Case Management Order dated June 27, 2014, and good cause showing, it is hereby ordered that:

1. The Case Management Order is amended as follows:

| | |
|---|---|
| Factual Discovery Cut-off | May 15, 2015 |
| Conduct Mediation Session | October 22, 2014 |
| Plaintiff's Disclosure of Class Certification Experts (and corresponding Reports) | October 30, 2014 |
| Defendant's Disclosure of Class Certification Experts (and corresponding Reports) | December 5, 2014 |
| Deposition of Class Certification Experts | January 15, 2015 |
| Disclosure of Rebuttal Class Certification Experts (and corresponding Reports) | February 16, 2015 |
| Deposition of Rebuttal Class Certification Experts and Reports | March 2, 2015 |
| Plaintiffs' Motion for Class Certification | February 5, 2015 |
| Defendant's Opposition to Motion for Class Certification | March 5, 2015 |
| Plaintiffs' Class Certification Reply | April 9, 2015 |
| Parties' Supplemental Briefing Re: Rebuttal Certification Experts (10-page limit) | April 20, 2015 |
| Hearing on Motion for Class Certification | May 5, 2015 |
| **Last Day for Hearing on Dispositive Motions** | **August 5, 2015** |
| Pretrial Hearing | **September 28**, 2015 at 2:00 p.m. |

| Trial | October 26, 2015 |

Please note the bolded dates, which do not appear in or have been modified from the parties' stipulation.

**IT IS SO ORDERED.**

DATED: July 2, 2014

By: _____
The Honorable William H. Orrick
United States District Court Judge